UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) | Criminal No. 16-10343-ADB |
| v. |  |  |
| MICHAEL L. BABICH, et al., |  |  |
| Defendants. |  |  |

AMENDED SCHEDULING ORDER

February 5, 2018

Boal, M.J.

Upon consideration of the parties' proposed scheduling order dated February 2, 2018, all previously imposed deadlines and hearings are vacated, and it is hereby ORDERED:

1. On or before **April 2, 2018**, Defendants shall serve any further discovery requests on the government.

2. On or before **April 23, 2018**, the government shall serve its responses to Defendants' discovery requests.

3. Except for good cause shown, Defendants shall file any discovery motions and any motions seeking a bill of particulars on or before **May 21, 2018**.

4. The government shall respond to any discovery motion and/or motion seeking a bill of particulars within 21 days of the date the motion is filed.

5. The parties will consult about a date for other pretrial motions and will advise the Court at the next Status Conference as to whether an agreement has been reached.

6. On or before **August 1, 2018**, the government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness it intends to call in an affirmative capacity at trial.

7. On or before **October 1, 2018**, Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness they intend to call in an affirmative capacity at trial.

8. On or before **November 12, 2018**:

    a. Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who they intend to call in a rebuttal capacity at trial; and

    b. The government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who it intends to call in a rebuttal capacity at trial (i.e., not during the Government's case in chief).

9. This Court will hold status conferences on **May 2, 2018 at 10:00 a.m., July 17, 2018 at 2:30 p.m., September 6, 2018 at 11:30 a.m., and October 4, 2018 at 11:30 a.m.** The parties shall file a joint status report one week prior to each conference. All other previously scheduled conferences before Magistrate Judge Boal are cancelled. The Court will hear oral argument on any discovery motions at the **July 17, 2018** status conference.

                                       /s/ Jennifer C. Boal
                                       JENNIFER C. BOAL
                                       UNITED STATES MAGISTRATE JUDGE