# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 16-CR-10343-ADB |
| MICHAEL L. BABICH et al., | ) **ORAL ARGUMENT REQUESTED** |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR A BILL OF PARTICULARS

Pursuant to Federal Rule of Criminal Procedure 7(f), Defendants hereby respectfully move for an order requiring the government to furnish Defendants a bill of particulars[1] that provides the following information:

1. A description of the alleged RICO enterprise's common purpose, an essential element of the RICO charge;

2. For each of Counts I–IV, a description of the specific unlawful conduct the government claims occurred in the District of Massachusetts;

3. For each paragraph of the Superseding Indictment that alleges conduct of a "co-conspirator" whose identity is not ascertainable by the context of allegation, the name(s) of the co-conspirator(s) who engaged or participated in the alleged conduct, as well as an identification of which alleged conspiracy each alleged co-conspirator had joined;

4. Details regarding (i) the speaker program events that the Superseding Indictment describes as "shams" (as distinct from those that the Superseding Indictment implicitly

---

[1] Defendants also have filed a motion to dismiss the Superseding Indictment. Defendants' memorandum of law in support of their motion for a bill of particulars highlights many of the same pleading deficiencies that their memorandum of law in support of their motion to dismiss does. The law is clear, of course, that a bill of particulars cannot cure a defective indictment.

concedes were *bona fide* educational programs), including the date and location of each event; and (ii) the reimbursement support services that the Superseding Indictment alleges were kickbacks (as distinct from reimbursement services that Office of Inspector General guidance expressly permits);

5. Details regarding (i) the patients with respect to whom the Insys Reimbursement Center ("IRC") allegedly provided information to insurance companies or pharmacy benefit managers that was materially false and misleading, including a description of what the false and misleading information was, and (ii) the Subsys prescriptions that the IRC "concealed . . . had been prescribed outside of the usual course of professional practice," Superseding Indictment, ¶ 102;

6. Details (*e.g.*, names and dates of treatment) regarding the patients whom Defendants deprived of their physicians' honest services and a description of the conduct that constituted a breach of the physician's duty.

To assist the Court's assessment of this motion, Defendants have included as an exhibit to their accompanying memorandum of law an appendix that identifies each of the paragraphs in the Superseding Indictment that related to each of the above requests.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Defendants hereby request oral argument on this motion.

Dated: May 21, 2018                                         Respectfully submitted,

/s/ Joseph Sedwick Sollers
Joseph Sedwick Sollers, III
(admitted *pro hac vice*)
wsollers@kslaw.com
Mark Jensen
mjensen@kslaw.com
King & Spalding LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Telephone: (202) 737-0500

William H. Kettlewell (BBO# 270320)
wkettlewell@collorallp.com
Collora LLP
100 High Street
Boston, MA 02110
Telephone: (617) 371-1037

*Attorneys for Michael Babich*

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@demeollp.com
Megan Siddall (BBO# 568979)
msiddall@demeollp.com
Demeo LLP
200 State Street
Boston, MA 02109
Telephone: (617) 263-2600

*Attorneys for Michael Gurry*

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

*Attorney for Sunrise Lee*

/s/ George W. Vien
George W. Vien (BBO# 547741)
gwv@dcglaw.com
Peter E. Gelhaar (BBO# 188310)
peg@dcglaw.com
Joshua N. Ruby (BBO# 679113)
jnr@dcglaw.com
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

*Attorneys for Alec Burlakoff*

/s/ Steven A. Tyrrell
Steven A. Tyrrell (admitted *pro hac vice*)
steven.tyrrell@weil.com
Patrick J. O'Toole, Jr. (BBO# 559267)
Patrick.otoole@weil.com
Weil, Gotshal & Manges LLP
2001 M Street, NW
Washington, D.C. 20036
Telephone: (202) 682-7213

*Attorneys for Richard Simon*

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case, LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

*Attorneys for Joseph Rowan*

/s/ Aaron M. Katz
Beth A. Wilkinson (admitted *pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (admitted *pro hac vice*)
awalsh@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz
2001 M St. NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800
Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000

***Attorneys for Dr. John Kapoor***

## CERTIFICATE OF SERVICE

I, Aaron M. Katz, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on May 21, 2018.

/s/ Aaron M. Katz

## LOCAL RULE 7.1 CERTIFICATION

I, Aaron M. Katz, hereby certify that, prior to filing this motion, Defendants sent the government a letter requesting the bill of particulars that this motion requests, and the government refused Defendants' request.

/s/ Aaron M. Katz