UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH<br>ALEC BURLAKOFF,<br>MICHAEL J. GURRY,<br>RICHARD M. SIMON,<br>SUNRISE LEE<br>JOSEPH A. ROWAN, and JOHN N. KAPOOR,<br><br>        Defendants. | Cr. No. 16-10343-ADB |

**DEFENDANT ALEC BURLAKOFF'S MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW HIM TO TRAVEL TO NEW YORK**
**(ASSENTED TO)**

Defendant Alec Burlakoff, by and through his undersigned counsel, moves to modify his conditions of release to allow him to travel to New York on June 22, 2018 and remain there until June 26, 2018. Both the government and Pretrial Services assent to this motion.

By June 22nd the defendant will have relocated to Southern District of Florida, with his travel restricted to the Southern and Middle Districts of Florida, and the District of Massachusetts. The defendant would like to visit New York with his family and stay with friends on Long Island. Specific information regarding where and with whom the defendant will be staying has been provided to the government and Pretrial Services.

Accordingly, the defendant respectfully requests that his conditions of release be modified to allow him to travel to the Eastern and Southern Districts of New York from June 22, 2018 through June 26, 2018.

As indicated above, both government and Pretrial Services assent to this Motion.

        By: /s/ George W. Vien
        George W. Vien (BBO# 547741)
        gwv@dcglaw.com
        Peter E. Gelhaar (BBO# 188310)
        peg@dcglaw.com
        Joshua N. Ruby (BBO# 679113)
        jnr@dcglaw.com
        Donnelly, Conroy & Gelhaar, LLP
        260 Franklin Street, Suite 1600
        Boston, MA 02110
        Telephone: (617) 720-2880

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2018.

        /s/ George W. Vien
        George W. Vien