**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> MICHAEL L. BABICH et al., </br></br> Defendants. | ) </br> ) </br> ) </br> ) Criminal No. 16-CR-10343-ADB </br> ) </br> ) </br> ) </br> ) |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE
A REPLY MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS'
<u>MOTION TO DISQUALIFY DR. CHRISTOPHER GILLIGAN</u>**

Defendants hereby respectfully move for permission to file a memorandum of law in reply to the government's opposition to Defendants' motion to disqualify Dr. Christopher Gilligan (Dkt. No. 387) (the "Motion"). Defendants' proposed reply memorandum, which is attached hereto, answers certain contentions in the government's opposition brief, clarifies the facts and the applicable law, and should assist this Court in its resolution of the Motion. Counsel for Defendant John Kapoor has conferred with the government, and the government assents to Defendants' motion for leave.

Dated:  September 10, 2018 Respectfully submitted,

| | |
|---|---|
| /s/ Joseph Sedwick Sollers | /s/ Tracy A. Miner |
| Joseph Sedwick Sollers, III | Tracy A. Miner (BBO# 547137) |
| (admitted *pro hac vice*) | tminer@demeollp.com |
| wsollers@kslaw.com | Megan Siddall (BBO# 568979) |
| Mark Jensen (admitted *pro hac vice*) | msiddall@demeollp.com |
| mjensen@kslaw.com | Demeo LLP |
| King & Spalding LLP | 200 State Street |
| 1700 Pennsylvania Avenue NW | Boston, MA 02109 |
| Washington, D.C. 20006 | Telephone: (617) 263-2600 |
| Telephone: (202) 737-0500 | |
| | *Attorneys for Michael Gurry* |
| William H. Kettlewell (BBO# 270320) | |
| bill.kettlewell@hoganlovells.com | |
| Hogan Lovells US LLP | |
| 100 High Street | |
| Boston, MA 02110 | |
| Telephone: (617) 371-1037 | |
| | |
| *Attorneys for Michael Babich* | |
| | |
| /s/ Steven A. Tyrrell | /s/ Peter C. Horstmann |
| Steven A. Tyrrell (admitted *pro hac vice*) | Peter C. Horstmann (BBO# 556377) |
| steven.tyrrell@weil.com | pete@horstmannlaw.com |
| Patrick J. O'Toole, Jr. (BBO# 559267) | Law Offices Peter Charles Horstmann |
| Patrick.otoole@weil.com | 450 Lexington Street, Suite 101 |
| Weil, Gotshal & Manges LLP | Newton, MA 02466 |
| 2001 M Street, NW | Telephone: (617) 723-1980 |
| Washington, D.C. 20036 | *Attorney for Sunrise Lee* |
| Telephone: (202) 682-7213 | |
| | |
| *Attorneys for Richard Simon* | |
| | |
| /s/ Michael Kendall | /s/ Beth A. Wilkinson |
| Michael Kendall (BBO# 544866) | Beth A. Wilkinson (admitted *pro hac vice*) |
| michael.kendall@whitecase.com | bwilkinson@wilkinsonwalsh.com |
| Alexandra Gliga (BBO# 694959) | Alexandra M. Walsh (admitted *pro hac vice*) |
| alexandra.gliga@whitecase.com | awalsh@wilkinsonwalsh.com |
| White & Case, LLP | Kosta S. Stojilkovic (admitted *pro hac vice*) |
| 75 State Street | kstojilkovic@wilkinsonwalsh.com |
| Boston, MA 02109 | 2001 M Street NW |
| Telephone: (617) 939-9310 | Washington, D.C. 20036 |
| *Attorneys for Joseph Rowan* | Telephone: (202) 847-4000 |

2

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800
Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

*Attorneys for Dr. John Kapoor*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, I hereby certify that counsel for Defendants and the government have conferred and that counsel for the government has assented.

/s/ Beth A. Wilkinson

Beth A. Wilkinson (admitted *pro hac vice*)
Counsel for Dr. John Kapoor

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Beth A. Wilkinson

Beth A. Wilkinson (admitted *pro hac vice*)
Counsel for Dr. John Kapoor