UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH<br>ALEC BURLAKOFF,<br>MICHAEL J. GURRY,<br>RICHARD M. SIMON,<br>SUNRISE LEE<br>JOSEPH A. ROWAN, and JOHN N. KAPOOR,<br><br>Defendants. | Cr. No. 16-10343-ADB |

**DEFENDANT ALEC BURLAKOFF'S**
**WAIVER OF APPEARANCE FOR ARRAIGNMENT**

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Alec Burlakoff hereby waives his right to appear in court for arraignment on the Second Superseding Indictment in the above-captioned matter. Defendant and his counsel affirm that Mr. Burlakoff has received a copy of the Second Superseding Indictment and that Mr. Burlakoff pleads not guilty.

Therefore, Mr. Burlakoff respectfully asks the court to accept this waiver and enter a plea of not guilty in his absence.

                                    Alec Burlakoff,

_/s/ Alec Burlakoff_        By:    /s/ Peter K. Levitt
Alec Burlakoff                         George W. Vien (BBO# 547741)
                                            gwv@dcglaw.com
                                            Peter E. Gelhaar (BBO# 188310)
                                            peg@dcglaw.com
                                            Peter K. Levitt (BBO# 565761)
                                            pkl@dcglaw.com
                                            Joshua N. Ruby (BBO# 679113)
                                            jnr@dcglaw.com
                                            Donnelly, Conroy & Gelhaar, LLP
                                            260 Franklin Street, Suite 1600
                                            Boston, MA 02110
                                            Telephone: (617) 720-2880

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 26, 2018.

                                                        /s/ Peter K. Levitt
                                                        Peter K. Levitt