# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH et al.,<br><br>Defendants. | Criminal No. 16-CR-10343-ADB<br><br>Oral Argument Nov. 5, 2018 |

## DEFENDANTS' RENEWED MOTION FOR A BILL OF PARTICULARS

Pursuant to Federal Rule of Criminal Procedure 7(f), Defendants hereby respectfully move for an order requiring the government to furnish Defendants a bill of particulars that provides the following information:

*Alleged Honest Services Fraud Scheme*

1. The forms of bribes or kickbacks that the government intends to allege at trial, other than the forms specifically identified in SSI paragraph 29.

2. The speaker program events that the government intends to allege at trial lacked any legitimate marketing or educational component (*i.e.*, were shams).

3. The "office staff" whose salaries the government intends to allege at trial that Insys paid as a bribe or kickback, other than those identified in SSI paragraphs 56-58.

4. The Insys employees whom the government intends to allege at trial performed "administrative tasks" as a bribe or kickback, and the nature of the administrative tasks that the government claims were bribes or kickbacks.

5. The manner and means by which the purported co-conspirator healthcare practitioners allegedly deceived their patients.

6. The legal source or sources of the fiduciary duty that the government intends to argue was breached by the alleged co-conspirator healthcare practitioners.

1

7.      The specific patients, *if any*, that the government intends to allege at trial were tangibly harmed by the alleged honest services fraud scheme.

### *Alleged Insurance Fraud Scheme*

1.      Any allegedly false, misleading, or otherwise fraudulent communications between Insys and insurance companies or pharmacy benefit managers that the government intends to allege at trial, other than the 154 telephone calls listed in its disclosure of August 21, 2018.

### *Alleged Illicit Distribution Scheme*

1.      The acts in violation of the Controlled Substances Act that the government intends to allege at trial, including the specific illicit Subsys prescriptions, *if any*, that the government intends to allege at trial are attributable to the charged conduct.

2.      The specific patients, *if any*, the government intends to allege at trial were tangibly harmed as a result of being prescribed Subsys.

3.      The manner and means by which Defendants or their alleged co-conspirators allegedly sought to impair, impede, or obstruct the Drug Enforcement Administration, other than the allegations in SSI paragraphs 72 and 73.

### *Venue Allegations*

1.      The acts in Massachusetts that the government intends to allege at trial as being in furtherance of the alleged RICO conspiracy (*i.e.*, the acts in this District that allegedly sought to advance the RICO conspiracy, as opposed to legitimate business conduct or unrelated conduct).

Dated: October 23, 2018

/s/ Joseph Sedwick Sollers
Joseph Sedwick Sollers, III
(admitted *pro hac vice*)
wsollers@kslaw.com
Mark Jensen (admitted *pro hac vice*)
mjensen@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 737-0500

William H. Kettlewell (BBO# 270320)
bill.kettlewell@hoganlovells.com
Hogan Lovells US LLP
100 High Street
Boston, MA 02110
Telephone: (617) 371-1037

***Attorneys for Michael Babich***

/s/ Tracy A. Miner
Tracy A. Miner (BBO# 547137)
tminer@demeollp.com
Megan Siddall (BBO# 568979)
msiddall@demeollp.com
Demeo LLP
200 State Street
Boston, MA 02109
Telephone: (617) 263-2600

***Attorneys for Michael Gurry***

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case LLP
75 State Street
Boston, MA 02109
Telephone: (617) 939-9310

***Attorneys for Joseph Rowan***

Respectfully submitted,

/s/ Beth A. Wilkinson
Beth A. Wilkinson (admitted *pro hac vice*)
bwilkinson@wilkinsonwalsh.com
Alexandra M. Walsh (admitted *pro hac vice*)
awalsh@wilkinsonwalsh.com
Kosta Stojilkovic (admitted *pro hac vice*)
kstojilkovic@wilkinsonwalsh.com
Wilkinson Walsh + Eskovitz
2001 M St. NW
Washington, D.C. 20036
Telephone: (202) 847-4000

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, Massachusetts 02199
Telephone: (617) 951-7000

***Attorneys for Dr. John Kapoor***

/s/ Steven A. Tyrrell
Steven A. Tyrrell (admitted *pro hac vice*)
steven.tyrrell@weil.com
Patrick J. O'Toole, Jr. (BBO# 559267)
patrick.otoole@weil.com
Weil, Gotshal & Manges LLP
2001 M Street NW
Washington, D.C. 20036
Telephone: (202) 682-7213

***Attorneys for Richard Simon***

/s/ Peter C. Horstmann
Peter C. Horstmann (BBO# 556377)
pete@horstmannlaw.com
Law Offices of Peter Charles Horstmann
450 Lexington Street, Suite 101
Newton, MA 02466
Telephone: (617) 723-1980

***Attorney for Sunrise Lee***

**CERTIFICATE OF SERVICE**

I, Kosta S. Stojilkovic, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on October 23, 2018.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor


**LOCAL RULE 7.1 CERTIFICATION**

I, Kosta S. Stojilkovic, hereby certify that, prior to filing this motion, Defendants sent the government a letter requesting the bill of particulars that is the subject of this motion, and the government refused Defendants' request.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor