UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 16-10343-ADB |
| | ) | |
| ALEC BURLAKOFF, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SCHEDULE A RULE 11 HEARING

The United States of America, through the undersigned attorneys, does hereby move to schedule a hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. In support of this motion, the government states that the defendant has agreed to plead guilty to the Indictment filed in this matter. The parties request a hearing on any day between November 28 and November 30, 2018 if convenient for the Court.

Respectfully submitted,

ANDREW E. LelLING
United States Attorney

Dated: November 14, 2018       By:     /s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
K. Nathaniel Yeager
David Lazarus
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I, Fred M. Wyshak, Jr. Assistant United States Attorney, do hereby certify that this document, was filed on the above date through the ECF system which sends copies electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

/s/ Fred M. Wyshak, Jr.
Fred M. Wyshak, Jr.
Assistant U.S. Attorney