# Exhibit B

**From:** "Yeager, Nathaniel (USAMA)" <Nathaniel.Yeager@usdoj.gov>
**Subject:** United States v. John Kapoor, et al
**Date:** 08 January 2019 21:19
**To:** "Kosta Stojilkovic" <kstojilkovic@wilkinsonwalsh.com>, "Beth Wilkinson" <BWilkinson@wilkinsonwalsh.com>, "Alexandra Walsh" <awalsh@wilkinsonwalsh.com>, "tminer@demeollp.com" <tminer@demeollp.com>, "michael.kendall@whitecase.com" <michael.kendall@whitecase.com>, "Peter Horstmann" <pete@horstmannlaw.com>, "Tyrrell, Steven" <Steven.Tyrrell@weil.com>
**Cc:** "Lazarus, David (USAMA)" <David.Lazarus2@usdoj.gov>, "Wyshak, Fred (USAMA)" <Fred.Wyshak@usdoj.gov>

Counsel,

Attached, please find our exhibit list. We have provided the bates-number or other unique identifier (e.g. Grand Jury Exhibit No.) for each exhibit. We are still in the process of marking the actual exhibits and will produce a copy to you as soon as possible. In addition, certain summary charts and binders are in-process and will be provided once they are completed. Whenever possible, we have at least included the title of those items on the exhibit list.

Please be advised that, pursuant to FRE 902, including FRE 902(1), (4), (6), (7), (11), (13) and (14), we intend to introduce self-authenticated evidence without calling a witness to offer extrinsic evidence of authenticity. We will provide additional notice regarding specific exhibits, pursuant to FRE 807, 902(11), (13), and (14), under separate cover.

After you produce your exhibit list next week, we would like to meet and confer regarding potential stipulations – both to specific exhibits, and to potential facts upon which we all agree. Please let us know your availability.

Last, as explicitly authorized in the Pretrial Order, we reserve the right to add exhibits in the manner described by the Court.

Nat

**K. Nathaniel Yeager | Assistant United States Attorney | District of Massachusetts**
**Phone: 617.748.3311**