# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH et al.,<br><br>Defendants. | Criminal No. 16-cr-10343-ADB |

### AFFIDAVIT OF BENJAMIN A. SHERMAN

I, BENJAMIN A. SHERMAN, declare as follows:

1. I am a Senior Litigation Paralegal at Ropes & Gray LLP, where I have worked since approximately May 25, 2017. My job responsibilities include assisting attorneys on Defendant John Kapoor's defense team by conducting factual research, gathering and preparing witness materials, establishing chronologies of events, organizing exhibits, and otherwise assisting prepare for trial.

2. On January 8, 2019, Defendants received the government's trial exhibit list. The list is 1,750 entries (*i.e.*, rows), with columns for description and beginning and ending Bates numbers. The majority of documents identified on the exhibit list are standalone documents with corresponding Bates ranges.

3. The government provided the list in PDF format, which took hours to convert to a spreadsheet with functional formatting.

4. The government's exhibit list includes five large productions from OptumRx and CVS/Caremark, each containing thousands of medical records and audio files. These five composite rows contain in excess of 13,000 files combined.

   a) Row 631 is a collection of 2,672 files originally produced by OptumRx to the government on May 25, 2017;

1

b) Row 633 is a collection of 3,017 files originally produced by CVS/Caremark to the government on December 28, 2015;

c) Row 634 is a collection of 1,201 files originally produced by CVS/Caremark to the government on August 28, 2015;

d) Row 635 is a collection of 3,343 files originally produced by CVS/Caremark to the government on October 8, 2015; and

e) Row 636 is a duplicative collection of the same 3,343 files from the October 8, 2015 CVS/Caremark production to the government.

5. Composite rows are elsewhere on the government's trial exhibit list. The list has 39 instances of "binders" described as multiple files for which no Bates ranges are provided. Of these, 34 appear to be witness-specific collections of various documents: 33 for current or former Insys-employees (including four Defendants) and one for Heather Alfonso. *See* Rows 56 to 89. Outside of these 34 witness-specific rows, there are the following five additional composite "binders" for which no Bates numbers are provided:

a) Row 160, identified as "A binder containing select Insys Board of Directors Agendas and Meeting Notes";

b) Row 1686, identified as "A binder containing select certified financial records relating to Insys lines of credit";

c) Row 1688, identified as "A binder containing INSYS SEC filings, including Form 10ks, 10qs, S1s and amendments thereto";

d) Row 1989, identified as "Binder containing Insys SEC Form 10K 2013-2015"; and

   e) Row 1690, identified as "Binder containing Select Insys Earnings Call Transcripts."

  6. Bates numbers are also missing for composite Row 1722 ("Certified Earnings call transcripts from the SEC").

  7. The government's trial exhibit list contains 600 entries described as "Patient Records" for dozens of individuals identified solely by their initials. *See* Rows 748–849, 862–84, and 897–1112. These rows frequently appear to contain multiple sets of Bates ranges, but for 146 out of the 600 entries, no Bates ranges are provided at all.

  8. Discounting what appear to be entries for demonstratives or summaries, 294 rows on the government's trial exhibit list are missing Bates numbers entirely. This number includes the above-referenced composite and patient record rows for which there are no Bates numbers.

  9. Bates numbers for 15 rows on the government's trial exhibit list are incorrect. Of these, ten are missing a digit that I was able to identify with additional research. However, in five instances, either I have been unable to determine the correct Bates number or the error was more substantial than a missing digit.

   a) Row 230, identified as EJF-00018897, is a document we cannot locate among the records produced, despite various search attempts.

   b) The last digits in in the beginning Bates number of Row 340, identified as INS-BOS-084941188 to INS-BOS-084941189, appear "41188," when they are supposed to be "4788."

   c) Row 372, identified as USAO-MA-0143321 to USAO-MA-0143321, is in fact not supposed to point to a government-Bates numbered document. Rather, it is supposed to be INS-BOS-04414321.

d) Row 601, identified as USAO-MA-0001012 to USAO-MA-0001013, is described as "Composite exhibit of the Texts of Richard Horrocks." However, the document located within this Bates range is a news article about Dr. Judson Somerville, not a set of text messages. The correct Bates numbers for the intended text message composite is unknown.

e) Row 879, identified as USAO-MA-03875778 to USAO-MA-03875790, is in fact not supposed to point to a government-Bates numbered document. Rather, it is supposed to be INS-BOS-03875778 to INS-BOS-03875790.

10. Bates numbers for six rows on the government's trial exhibit list are incomplete. Most of these, including Rows 172, 270, 406, 426 and 884, are missing leading zeros in the Bates numbers. Row 753, identified as CPHTC-DMASS_003763 to CPHTC-DMASS-GJ_004669, was missing the "GJ" in the beginning Bates column.

11. Seven rows on the government's trial exhibit list do not contain exhibit descriptions. Entries in the description field for rows 19, 1509, 1594, 1600, and 1717–20 are simply empty.

12. There are also instances on the government's trial exhibit list of vague descriptions. For example, Row 1641 is described as "Spreadsheet." Rows 943 and 979 are described as "amp." The latter two rows also lack Bates numbers, making them impossible to identify within the government's production.

13. The government did not provide a copy set of their trial exhibits when sending the exhibit list to Defendants. To date, Defendants have not received a copy set of the government's trial exhibits.

5

\*   \*   \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Benjamin A. Sherman
Senior Litigation Paralegal
Ropes & Gray LLP

5