# Exhibit D

**From:** Kosta Stojilkovic
**Sent:** Wednesday, January 9, 2019 10:04 PM
**To:** 'Yeager, Nathaniel (USAMA)' <Nathaniel.Yeager@usdoj.gov>; Beth Wilkinson <BWilkinson@wilkinsonwalsh.com>; Alexandra Walsh <awalsh@wilkinsonwalsh.com>; tminer@demeollp.com; michael.kendall@whitecase.com; Peter Horstmann <pete@horstmannlaw.com>; Tyrrell, Steven <Steven.Tyrrell@weil.com>
**Cc:** Lazarus, David (USAMA) <David.Lazarus2@usdoj.gov>; Wyshak, Fred (USAMA) <Fred.Wyshak@usdoj.gov>
**Subject:** RE: United States v. John Kapoor, et al

Nat,

Please advise when you will have the actual exhibits to us. While we appreciate you listing bates numbers, there are hundreds of entries on your list that don't have any bates range, including many entries that simply say "Patient Records" followed by what appears to be the initials of a patient. Also, we believe some bates numbers in your list are off, so we need to see all the actual exhibits, as required by Judge Burroughs' scheduling order, to confirm the documents in question.

Thank you,
Kosta

**From:** "Yeager, Nathaniel (USAMA)" <Nathaniel.Yeager@usdoj.gov>
**Subject:** United States v. John Kapoor, et al
**Date:** Tuesday, January 8, 2019 9:19 PM
**To:** "Kosta Stojilkovic" <kstojilkovic@wilkinsonwalsh.com>, "Beth Wilkinson" <BWilkinson@wilkinsonwalsh.com>, "Alexandra Walsh" <awalsh@wilkinsonwalsh.com>, "tminer@demeollp.com" <tminer@demeollp.com>, "michael.kendall@whitecase.com" <michael.kendall@whitecase.com>, "Peter Horstmann" <pete@horstmannlaw.com>, "Tyrrell, Steven" <Steven.Tyrrell@weil.com>
**Cc:** "Lazarus, David (USAMA)" <David.Lazarus2@usdoj.gov>, "Wyshak, Fred (USAMA)" <Fred.Wyshak@usdoj.gov>

Counsel,

Attached, please find our exhibit list. We have provided the bates-number or other unique identifier (e.g. Grand Jury Exhibit No.) for each exhibit. We are still in the process of marking the actual exhibits and will produce a copy to you as soon as possible. In addition, certain summary charts and binders are in-process and will be provided once they are completed. Whenever possible, we have at least included the title of those items on the exhibit list.

Please be advised that, pursuant to FRE 902, including FRE 902(1), (4), (6), (7), (11), (13) and (14), we intend to introduce self-authenticated evidence without calling a witness to offer extrinsic evidence of authenticity. We will provide additional notice regarding specific exhibits, pursuant to FRE 807, 902(11), (13), and (14), under separate cover.

1

After you produce your exhibit list next week, we would like to meet and confer regarding potential stipulations – both to specific exhibits, and to potential facts upon which we all agree. Please let us know your availability.

Last, as explicitly authorized in the Pretrial Order, we reserve the right to add exhibits in the manner described by the Court.

Nat

**K. Nathaniel Yeager | Assistant United States Attorney | District of Massachusetts**
**Phone: 617.748.3311**

The information contained in this communication is confidential, may be attorney-client privileged and constitute protected work product, may constitute inside information, and is intended only for the use of the addressee. It is the property of Wilkinson Walsh + Eskovitz LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email and destroy this communication and all copies thereof, including all attachments.