# Exhibit E

**From:** "Lazarus, David (USAMA)" <David.Lazarus2@usdoj.gov>
**Subject:** US v. Kapoor - your email re: exhibits
**Date:** 10 January 2019 17:41
**To:** "Kosta Stojilkovic" <kstojilkovic@wilkinsonwalsh.com>

Hi Kosta –

Sorry for delayed response today.  We should hopefully send out the exhibits tomorrow.   What bates numbers do you think are incorrect?

Dave