# Exhibit F

**From:** Lazarus, David (USAMA) [mailto:David.Lazarus2@usdoj.gov]
**Sent:** Sunday, January 13, 2019 12:56 PM
**To:** Beth Wilkinson <BWilkinson@wilkinsonwalsh.com>; Kosta Stojilkovic <kstojilkovic@wilkinsonwalsh.com>; RG - Aaron Katz <Aaron.Katz@ropesgray.com>; michael.kendall@whitecase.com; steven.tyrrell@weil.com; pete@horstmannlaw.com; Tracy Miner <tminer@demeollp.com>
**Subject:** US v. Kapoor et al.

Counsel –

Good afternoon.  We are still finalizing the exhibits for production.  We recognize we are late and apologize for the delay – it is unavoidable.  We have been working as quickly as possible to get these out to you.  We believe we will have them ready to FedEx or be picked up tomorrow by 3pm.

If you need a few more days for your exhibit and witness lists, just let us know.

In addition, at the request of Kapoor's counsel, we have created a file share on our FTP (USAFx).  If you would prefer to be added to this distribution method and want to receive materials electronically moving forward, please let us know.

Also – we inadvertently left Lyndsay Myer off the witness list.  Please add her.  Thank you.

Dave