# EXHIBIT A

Alexandra Peoples

████████████████

August 31, 2018

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Alexandra Peoples and I first met Alec Burlakoff in 2016 at Combine Academy. My
son, █████████, had participated in an athletic workout there run by Coach Burlakoff. So, I
attended a parent information session and eventually enrolled my son in Combine Academy for
the upcoming year. Since then, Coach Burlakoff has been a wonderful blessing to me and my
family.

My son, █████████, survived a near-fatal rollover collision when he was in tenth grade. █████
faced serious behavior health challenges as a result of a severe concussion. The public school
██████ attended did not recognize or respond appropriately to the symptoms of his traumatic
brain injury. My son, who had been a devoted basketball player since seventh grade, was
sidelined and on crutches. He sought out alternative ways to finish high school and continue to
participate in a basketball program that developed his skills.

Coach Burlakoff started working with █████████ and immediately understood the behavior and
health problems. Coach Burlakoff had social work training and a gift for coaching basketball. He
took █████████ phone calls outside of work hours and kept in touch with me via phone and text.
When my son needed to vent his anger, Coach Burlakoff allowed him to express his strong
feelings safely. They developed a mutual respect for each other. █████████ knew that Coach
Burlakoff was on his side and as a result I started to see a child that I knew prior to the accident.

Coach Burlakoff helped my son get his confidence back. He pushed and encouraged him to
develop new skills. Most importantly, he held █████████ accountable. If my son wanted to play,
he had to put in the work. This was very important to me as █████████ mother. After the
collision, my son went through periods of intense turbulence. When he was benched from
basketball at the public school, he fell in with a troubled social group. His disciplinary issues
were difficult to handle and hard on everyone. Once he started Combine and the basketball
program he was still challenging but no longer had idle time to get into trouble. █████████ felt like
his life was getting back on track.

I know that Coach Burlakoff is going through a difficult legal process of his own right now. Whatever mistakes he made in the past, I have faith that he will face the consequences with humility, courage, and grace. I am grateful for this opportunity to write about the impact he had on my son. Coach Burlakoff had a positive, rehabilitative influence on my son and continues to stay in touch with us. I will always be thankful that he came into our lives.

Sincerely,

Alexandra Peoples

September 16, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

Thank you for taking the time to consider this character reference letter in support of Alec
Burlakoff. I first met Alec at Camp Delaware when I was nine-years old. Since then, he has been
a dear friend and an important part of my life. It broke my heart when I heard that Alec violated
the law in this case. I was disappointed to learn the details of his illegal activity. Since the case
began, I know he has done everything in his power to comply with federal agents and assist in
their continuing investigations. In our conversations, his focus has been on making amends and
doing everything he can to support his family.

Alec has always been there for me when I needed him. For my whole life, I've called him for
advice about anything from girlfriend trouble to business questions. He has helped me navigate
tough problems and difficult conversations. On the basketball court and in life, he's a great team
player. I know that he wants me to succeed. I know that he will doing anything he can for me,
anytime I call.

Alec has a very dynamic personality. I remember visiting him in Florida when he was working
with at-risk youth from low-income neighborhoods. Like a good coach, he knew how to
communicate and help kids with their actions and attitudes. I could tell that the kids looked up to
him. Being an emotional guy, Alec could identify with the strong, chaotic feelings that these kids
were going through. I truly hope, when this legal ordeal is over, that he finds a way back to
working with young people as a coach or counselor.

When I visited Florida, I often stayed with Alec and his family. Alec is a great host and always
thinks of ways to make things better for other people. He makes fun plans and, once, connected
me with some extra help at Disneyworld when I needed it. Alec wants everyone to be taken care
of the right way.

Alec's brother, Ian, died suddenly and under shocking and violent circumstances. I flew down to
be with Alec for the funeral. It was hard for me to watch him go through so much pain. For
years, he struggled with depression and anxiety. I remember reading his Facebook posts at that
time that revealed the depth of his grief and despair. For a long time, his thinking was a little out
of whack.

Thankfully, I see positive changes in Alec over the past few months. As this case winds down, I
hear him taking steps to make sure his family is taken care of no matter what sentence he
receives. I can see him looking for ways to use this experience to help other people avoid his

mistakes. Alec is a dynamic speaker, a great leader, and a talented writer. With his energy and good heart, I have faith that he has many happy, meaningful years ahead of him.

Your Honor, I hope you will consider showing leniency to my dear friend, Alec.

Sincerely,

Andrew Urban

5



Andy Greer

May 17, 2018

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Andy Greer and I have known Alec Burkaloff for thirty years.  I was shocked
and saddened to hear about Alec's crimes.  The idea that Alec would harm anyone was
hard for me to imagine.  Alec has helped many people over the years so I am grateful for
the opportunity to help him by writing this letter.

I first met Alec in when I was a basketball coach at Camp Delaware in Winstead,
Connecticut.  As an authority figure at the camp, I had a good vantage point to see Alec's
character.  He was a hard-working, good teammate, tough competitor and team leader.  I
could see that he truly cared about other people.

Alec respected authority and was responsive to my coaching.  He was eager to please and
kind to others. (In this way he was a bit different from his brother Ian.  Where Ian was off-
kilter and had a dark side, Alec was warm and put his teammates before himself.)

We have stayed in touch over the years.  I am now an NBA assistant coach for the
Minnesota Timberwolves and Alec brought his family to many of my games.  I could tell
how well he treated his wife and daughters.  When he and I would speak alone, he would
express his happiness and love for his family.  It is obvious that his daughters adore him
and I know they are his first concern right now.  Their welfare is his top priority.

When he got into the pharmaceutical business, he found jobs for many struggling friends.
Alec thought it was up to him to help anyone he could.  This was evident at Camp
Delaware and for the rest of his life. Also I know he worked hard to support his family.
On the basketball court and in the working world, he would do his best to complete any
assignment.

I believe that if, Alec knew the whole story about how these products were hurting people,
he would never have done what he did to promote them. For decades, I have seen him

around other people and know there is not a malicious bone in his body. I think he got caught up in the competition and lost his way.

I wish Alec had not broken the law.  I know how much damage opioids are doing to Americans right now.  I wish he had never gotten involved with an industry that has created so many innocent victims.  I know he will have to pay a price and accept the consequences of his actions.  My hope is that he is able to face justice, find peace, and start to see the light at the end of the tunnel.

Sincerely,

Andy Greer

7



May 25, 2019

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is ████████████ and I am Alec's oldest daughter. Writing this letter to you is scary because I am hoping this will help him, but I am afraid that it may not and this is probably the most important letter I will ever have to write in my lifetime. I know that most people probably think I'm not, but I am completely aware of how horribly people view my father. I know what is being said about him and I see all of the highly negative news articles that are written about him. I am very aware of what is happening. It doesn't seem fair to me, because these people may know who he is, but none of these people know my dad the way I do. Anyone who knows my dad and our family will tell you that the relationship my father and I have with each other is unlike any other. He is my rock. I cannot even express to you how strongly I love him, and just like I know he would do anything for me, I would give up anything and everything I have if it would help him. We are a team.  Imagining my life without him is completely unbearable. He is such an incredible father to my younger sister and me, and although you understandably may not be able to see it, I am hoping I can share with you the way I see him through my eyes. From a very young age I felt very attached to my father. The way he cared about me and revolved his whole world around me made me feel so loved. I was so lucky growing up because my parents were always so loving and supportive towards me and I always knew how much they cared about me and wanted me to be successful. Looking back on my life as an only child in Florida, I was a very happy kid. I loved spending time with my parents and my dad and I made so many special memories together. We did a lot of things just the two of us. Sometimes we would go on trips together and do stupid things like when we would go to the Nickelodeon hotel together. It's funny to look back on that because I think he secretly had as much fun as I did- maybe even more. The highlight of my younger childhood was driving places with my dad while listening to Bruce Springsteen and Tim McGraw songs on repeat. We even went to some of Bruce's concerts together. I still know every word to our favorite songs by him and Tim McGraw's "My Little Girl." We also went on a few father/daughter trips together with my cousin and my uncle Ian in a group called Indian Princess with a bunch of other dads and daughters. From elementary school all the way to the end of middle school, I played serious tennis. My dad was my motivation. He pushed me to be the best that I could be. Somedays I didn't do as well as others, but he was always so proud of me. Somedays I wanted to quit, and he never let me. I am so happy he didn't let me quit because I grew to love tennis and I felt very passionate about it. Starting the beginning of middle school, I played every single day, and every single day my dad cheered me on. We both really enjoyed going to the courts everyday for my practices. When my sister was born, my relationship with my dad did not change. Most things we did she did with us too, and as much as I wasn't used to having to share the attention with someone

8

else, I didn't really mind it because my dad and I still had our special times where it was just the two of us. Once I reached the end of my years in elementary school, things started to really change for my family, dramatically affecting my father. My nana (Alec's mother) came to visit us one week in Arizona. While my sister was at a friend's house, my nana and I went shopping together outside of our apartment building in Scottsdale.

We had a great day together, and at the time I was completely oblivious about what was going on with my uncle Ian. As we were about to walk through the doors to our building after our busy day of shopping, nana got a call from papa (Alec's father). She was screaming and crying, and I was absolutely horrified. That was probably the scariest moment of my life. When she said "he's dead," I felt like I was going to throw up. I felt so terrible for nana. It was terrifying, and I began to understand that she was talking about my Uncle Ian. We rushed upstairs to our apartment and ran into my parents' room. I knew my dad would be so heartbroken because he loved Uncle Ian so much. When nana told dad what happened, I could feel his heart shatter. For the first time probably ever, I saw my dad cry. My strong and seemingly unbreakable dad who never got upset about anything completely broke down. I have never seen him so broken and upset in my life. It was a terrifying thing to see because it was so unlike him to cry in front of anyone. My Uncle Ian's death dramatically changed my dad's life. He misses him so much. My heart breaks for him all over again whenever he talks about him. He wasn't the same for a while after that. He was very depressed and he didn't like to leave his bed. Once I got to middle school, things went very downhill for me. I was a straight A student, but I was extremely depressed. I began to have panic attacks and my anxiety was out of control. I was bullied in middle school, and things got to the point where I, a perfect straight A student, stopped coming to school. I refused to leave my bed and I would fake being sick to avoid having to go back to school. It devastated my dad to see me like this. Being that we are so close, I turned to him, and he slowly put me back on track. He decided that it would be best if he and my mom moved me to a Jewish private school. It completely turned things around for me. I was so much happier. Although middle school was a really difficult time in my life, I like to look back on it sometimes. I was so lucky to have my dad to guide me through it and I don't think I could've ever made it through middle school without him. It comforted me to talk to him because I knew he understood my depression and how I was feeling. He was going through it too. We went through it together and eventually helped each other find the light at the end of the tunnel. Since Arizona held a lot of dark memories for all of us, it felt best that we moved to another state. Our next home was in North Carolina, and my dad became a basketball coach. His students adored him, and seeing my dad care so much for them was such a great thing to see. Sometimes his students would come to restaurants to eat with us, and I could tell that his students felt very attached to him. He cared so much about them and he was so happy and excited and always very motivated while he was coaching. He was an inspiration, and everyone, including me, looked up at him with awe. The relationships he built with his students were so special. I loved going to the games. Seeing him so happy made me smile. I felt his happiness. Moving here somehow brought my dad and I closer than ever. Like in Arizona, my dad and I went out for breakfast every day just the two of us. We still do it every single weekend. It just doesn't feel right not to because it's our tradition. Things were pretty good for me my freshman and sophomore year of high school, and my dad really enjoyed his coaching job. But I could tell my dad wasn't always happy off of the court, even though he tried to hide it from my sister and I. Things that happened there that I didn't know about at the time were traumatizing to hear about. Hearing just recently that the FBI came to our house was extremely frightening, and the fact that I had no clue about it and my parents were able to act like it didn't happen when I got home from school just to protect my sister and I was so completely horrifying. I am still in complete shock. One day while living in our house in North Carolina, I noticed a bunch of news trucks parked outside in front of our house. Someone rang the doorbell and I did not answer it, but I almost did. My dad answered it. Eventually I saw the whole thing happening on my TV screen. It was a nightmare. The further into highschool I got,

the more I began to understand what my dad is going through. I was extremely afraid for him and I could not possibly understand how my dad could be put through such a nightmarish situation. I think we were all very relieved when we moved back to Florida. We were all an emotional mess, and we felt the need to be close to our family and friends. Last year my dad started having nightmares, and it was scary. He would call out to my Uncle Ian in his sleep and it would wake me and my mom up at night. It broke my heart. He really wasn't doing well. My mom changed my last name and my sister's last name in order to protect us. My mom is currently struggling to find a job to support us, and this past summer I was bullied very badly by a group of girls at summer camp. They are all aware of what is happening with my dad, and they treated me horribly. They said extremely hurtful things about me behind my back, made fun of me in front of my face, stole my belongings, and dumped piles of sand in my bag and all over my clothes. I had to come home from camp very early this summer. I have been really struggling these past two years. Every single day of waking up and being completely unaware of what will eventually happen to my dad is so terrifying. Now, November 14th, we will finally face the future. I am petrified. I imagine a life without breakfast on the weekends and singing Tim Mcgraw and Bruce Springsteen songs in the car. I imagine Thanksgivings, Christmas Eves, and Birthdays without my dad. I imagine opening the acceptance letter from where I will eventually go to college, and not having my dad there to share the excitement with me. I imagine this June, standing on the stage at my graduation receiving my diploma and not seeing my dad in the audience screaming my name and embarrassing me. I imagine my dad not being able to send me off to college next year and I Imagine my mom and my sister living all alone. I cannot bear it. I just can't let it happen. I am facing what feels like my biggest nightmare. Please do not take him away. I want him to be able to recover from all of this and do something that makes him happy again, like when he coached basketball. I want my sister to not have to look back on when her father was sent away and it was just her and my mom. I don't want my mom to have to take care of us all on her own and continue to be without a job. But most of all, I need my dad and my dad needs me. We help each other through our worst times and need each other there during our best. I wish I could do more to keep him home with us, but this is all I can do. I hope this letter can help you see my father through my eyes and I greatly appreciate having the opportunity to share my story with you. I also hope you can take this letter into consideration when deciding on my father's punishment.

Sincerely,



# DAVID L. LIPORACE, D.O., P.A.
### Internal Medicine
#### Diplomate of the American Board of Internal Medicine

580 Village Blvd., Suite 210
West Palm Beach, Florida 33409
(561) 688-5030 • Fax (561) 688-9565

May 18, 2018

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Dr. David Liporace and I have known Alec Burkaloff since the early 2000's. I know that Alec has pleaded guilty to serious criminal conduct related to pharmaceutical opioids. Having known Alec and his family for many years, I appreciate the opportunity to share my perspective on Alec and his legal situation.

My wife and I first met Alec when he was working at Ely Lilly on prescription antidepressants. My wife worked with him as a fellow sales rep and I was in touch with him as a prescribing doctor. Soon, we our families began socializing. We celebrated birthdays and attended events involving our daughters, who were friends. He and I played sports together like basketball and tennis. We had fun and I count him as a close friend.

Alec has always been a warm, helpful, gregarious person. His friends could count on his loyalty. At work, he was highly driven and succeeded in everything he did. My wife observed first hand that he treated his team well. He maintained good relationships and a positive working environment.

In addition, I was the family doctor for his parents and his brother Ian. It was clear to me that Alec had was close with his parents and took good care of them. I recognized that his tumultuous relationship with Ian was a source of intense conflict and stress. Ian's violent death was a shocking trauma for Alec and his parents.

Part of my medical practice focuses on substance abuse prevention. As an Internist, I see the deadly effects of opioids firsthand. I am in a difficult position as Alec's friend because I have strong negative feelings about his criminal conduct. It is clear to me that he was in denial about the terrible harm he was doing. He is intensely competitive and he lost perspective. He lacked the wisdom and good judgment to see that the damage was not worth

-2-

any amount of money.  That said, amongst family and friends, I can see his loving heart which makes this situation all the more painful.

Over the years, I have heard stories about his time as a guidance counselor at Pine Crest.  Both his mother and his wife have shared that he was happiest back then.  I know he loved being of service to those young people as a mentor and a coach.  I hope that this legal process gives him an opportunity to reflect on his reckless behavior.  I hope he can change his outlook so he sees success and winning differently.  When he finds success through love and service, I have no doubt that he can help many people in the future.

Professionally,

David Liporace. D.O.

Glenn Becker
2151 West Hillsboro Blvd, Suite 100
Deerfield Beach, FL  33442

September 18, 2018

Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Glenn Becker and Alec Burlakoff was my employee for three years at International Institute of Sleep, Inc. He had a good reputation in the sleep study provider community and I was lucky to hire him. I was dismayed to hear that Alec had broken the law and was facing serious consequences for his conduct. I am grateful for this chance to write about the Alec I know.

Alec was in charge of my sales team and was a workhorse. Seven days a week, day or night, I could always reach him. He was passionate about his job and was a talented communicator. He treated everyone with warmth and respect. He greeted everyone with a smile. Compassion is the key value at my company. If a worker doesn't care, I don't need them. Alec cared. He cared about people and he cared about getting the job done.

In addition to his people skills, he had a gift for organization. When I started large-scale services for the transportation industry, Alec was my right-hand man in designing our new systems. Over the course of his employment, Alec and I took multiple business trips to Jacksonville, Florida. We travelled by car and the journey took 4.5 hours each way. During those long drives, I got to know Alec as a man. We talked about everything. I met his wife Stephanie and their wonderful daughters. I know he has a good heart and an enthusiastic spirit. So, I am sad to see him in such trouble.

I saw him soon after his brother's violent death. Alec was a changed man. He wanted to do anything he could for his brother's children, but was pushed away. He suffered from the intense stigma and scrutiny from people in town. His entire family endured finger pointing and shunning. After facing a truly horrifying trauma, he felt alone. I can't fathom experiencing a devastating loss like that.

13

I am very sorry that Alec violated federal law. He made a serious mistake and he knows it. I am saddened by the thought that he might have harmed other people. Opioid addiction is a deadly epidemic and I know he understands that.

My hope for Alec is that he finds peace and balance at the end of this legal process. In our conversations, he has expressed remorse. He has been honest about his mistakes and takes full responsibility for his actions. I have faith that he will survive and find good purpose in the long life ahead of him.

Your Honor, I hope you will keep my words in mind as you determine Alec's punishment.

Sincerely,

Glenn Becker

IronBridge Consultants Inc.
43 South Powerline Rd. #507
Pompano Beach, FL 33069

May 18, 2018

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Jason Bates and I met Alec Burkaloff in 1997 while working at the Pine Crest School. I know he has pleaded guilty to criminal conduct and that he faces serious consequences for his actions. Please accept this character reference letter as my way to describe the Alec that I have known for twenty years.

When we met, Alec was working as a junior high school guidance counselor and I was teaching and coaching basketball Alec has a lifelong passion for basketball and helped coach the middle school team. Everybody loved Alec. He was an enthusiastic, caring presence on campus. The kids looked up to him for mentorship and advice.

Alec was devoted to the wellbeing of the kids and he always looked for ways he could be of service. Alec would tell me his dream of retiring to New York to set up a youth basketball camp. Aside from time with his beloved daughters, working with young people on the basketball court is Alec at his happiest and his best.

We both made a career change to work in the pharmaceutical industry. Alec called and offered me a job at Ely Lilly. I took that job and was able to see Alec in the workplace. He was the perpetual good coach. Where other sales professionals would keep good information secret, Alec would share his best practices. He shared accolades and wanted everyone to win together. His spirit of leadership and teamwork was generous and inspiring. Wherever he went, he built up teams and coached them to victory. He was a happy warrior and wanted everyone he cared about to share in his success.

Even while working long days, he put his children first. If his daughter had a tennis lesson or events at camp, he made her his first priority. He is devoted to his family and has a genuine love of people that is obvious in every situation.

I was devastated to hear of Alec's criminal conduct. We are all facing the deadly consequences of the opioid epidemic. I am sorry to hear that Alec got caught up in this runaway train. I know he will face justice with courage. He never complains for himself, his only concerns are for the many people whose lives have been affected by his poor choices. My hope is that he seeks wisdom through this suffering. And that someday he will be able to open his youth basketball camp and do what he does best: be of service.

Respectfully,

Jason Bates

September 12, 2019

Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

Alec Burlakoff and I have been friends since we were twelve years old. We first met at
sleepaway camp and have stayed close for our entire lives. Since this case began, Alec
has told me the whole story. He made no excuses and blames no one but himself for
breaking the law. He knows he got carried away and that his actions caused harm to
families struggling with addiction. I know that he is devastated by the thought that he
hurt anyone. Your Honor, I am proud of my friend for taking full responsibility for his
criminal activity. I am glad to have this chance to write to you about Alec.

As soon as I met Alec, I noticed his larger-than-life personality and fun spirit. He made
friends easily and liked to bring people together. We played on basketball teams
together at camp. He was a much more talented player than me. Still, he'd encourage
me and help me improve my game. Sometimes he'd pass me the ball even if it meant
missing a point. As competitive as he was, his natural instinct was to look after the
underdogs like me.

When Alec moved to Florida, I visited him several times a year since my grandparents
lived there too. I got close to his parents and his brother, Ian. They all treated me like a
member of their family. The Burlakoffs are a very loyal, loving, and devoted family. I
knew, no matter what, I could go to them for help or call them with a problem.

As adults, we've stayed very close. My two teenage boys call him Uncle Alec and love
learning how to play basketball from him. Our kids go to sleepaway camp together like
we did. Our wives have become close, too. In good times and bad, we are there for
each other.

It was heartbreaking for me to listen to Alec after his brother, Ian, died violently. I can't
imagine living through my brother getting shot dead like that. I watched how intensely
the Burlakoff family mourned Ian's death. In the years that followed, I know that Alec
suffered from severe depression. It was a shattering heartbreak that he will never fully
get over.

This case has been another serious challenge for Alec. He is definitely ashamed of
what he did. He truly cares about other human beings and never intended to hurt
anyone. It feels like this case has been going on for a lifetime. I am so glad that it is
finally finishing up. Each month, I can hear Alec getting stronger and clearer about what

he needs to do going forward. He stays focused on his family and on what he can do to make amends for his crimes.

Your Honor, Alec's happiest times were when he was working with young kids, especially as a basketball coach. In the same way that he took me under his wing at camp, I see how good he is with underdog players and troubled kids. He has such a positive impact and knows just how to speak to these boys. Having been through so much, he understands their feelings and their struggles. From the bottom of my heart, I hope he finds his way back to a place where he can use his greatest gifts to help young kids. There is so much good in Alec and I know that he has many years ahead of him to be of service to others.

Please keep my letter in mind as you deliberate on Alec's sentence.

Sincerely,

Jason Dorf

August 21, 2018

Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Dr. Jason Haffizulla and I have known Alec Burlakoff since high school. Over these many years, Alec has been my friend and so I was saddened by the news of Alec's legal trouble. Alec and his family stood by me in good times and bad. So, I am grateful for this opportunity to write a character reference letter to this court.

Alec and I were classmates in school and our families knew each other very well. My first memory of him is in debate class in the eighth grade. From the moment he arrived in Florida, Alec was well-liked and very popular. He is a naturally friendly person and so people were immediately drawn to him.

When I was a teenager, I had my own encounter with the criminal justice system. It was a very painful struggle for me and for my family. Alec and his parents were ardent supporters of mine. They reached out to my parents with kind words and neighborly love. Alec and his family defended my good name and stood up for me in the community. His generosity of spirit is a debt I can never repay. When many people turned their backs and shunned me, Alec was a true friend.

Later in life, Alec worked for a sleep study center and I had my own private medical practice. I often referred my patients to Alec for diagnostic studies for problems like sleep apnea. Alec was engaged in the treatment process and treated my patients very well. The reports arrived on time and I could easily reach him with professional questions. Sometimes, I had patients who were left in the lurch by their insurance companies. Despite snags with their paperwork, Alec went above and beyond and made sure these needy patients received the care they deserved. He behaved like a true gentleman.

My father is a healthcare provider who cared for Alec's brother Ian. Alec's entire family became my father's patients and so our two families felt a deep bond. I reached out to the Burlakoff family when Ian suffered his violent death. When I spoke to Alec, I heard how horribly traumatized he was. There are no words for a family tragedy like Ian's death. I don't know how anyone survives a shock like that, but Alec did.

No matter what happens with Alec's case, I will be there for him and his parents. I will stand by them the way they stood by me when I was in trouble as a youngster. When we were kids, Alec's mother knew all his friends, including me. She would cook for us and treat us like family. I

will extend my love to him and his family during this stressful time. I have no doubt that Alec will face the consequences of his mistakes with honesty and humility. Your Honor, please keep my words in mind and be merciful as you decide his fate.

Sincerely,


Dr. Jason Haffizulla

**Jonah Baize**
**4801 E. Independence Blvd., Suite 900**
**Charlotte, NC  28212**

May 22, 2018

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Jonah Baize and I am the president of Combine Academy where Alec Burkaloff worked for me as a basketball coach. Alec was an outstanding member of my team so I was troubled to hear that he had violated the law. The opioid epidemic is a serious public health emergency. Therefore, I was sorry to hear that Alec had a part in expanding the use of these dangerous products. That said, I am grateful for the opportunity to attest to the wonderful qualities I saw daily in Alec.

Combine Academy is an international boarding school in Charlotte, North Carolina.  Alec applied for the open vacancy for basketball coach. He started in January, 2016 and assembled the team for the inaugural season. He recruited and coached the entire team with enthusiasm and heart. Under his leadership, the team played a national level season. The players loved him and responded well to his optimistic approach. Alec would rally them with an optimistic spirit that never flagged, even in defeat.

Alec was an excellent mentor for the students on and off the court. In addition to coaching, Alec taught youth leadership skills, physical education, and elective sports courses.  I saw him go above and beyond to help the most vulnerable students in our school.  In one instance, we had a student whose mother struggled with alcohol and drug abuse. This young man started to show absences so Alec reached out to provide transportation and breakfast. Alec supported and guided this student and turned his life around.

Alec went above and beyond to encourage our students. He was in charge of study hall and helped us with school discipline. Kids reached out to him if they were having trouble at home. Alec had true empathy for young people who struggled with their family life. He made himself available and I saw how he touched their lives. The faculty and staff appreciated Alec's presence at school and he fit in flawlessly.  He was a leader and an asset to the community. My mission as the president is to serve a broader purpose to help out locally and impact students' lives. Alec was a perfect match for our efforts and values.

I was sorry to hear that Alec was facing consequences for his criminal conduct. At first, I was concerned for the school and our reputation. Now I see that he is taking responsibility and owning up to his mistakes with rigorous honesty. Knowing everything I know about Alec, I would definitely hire him again. He made tremendous contributions to our community. I hope that he returns to helping young people when this legal process is over.

Sincerely,

Jonah Baize



**Straight-A Guide**
www.StraightAGuideFoundation.org
**Begins with Attitude**

4500 Park Granada, Suite 202
Calabasas, CA 91302
818-424-2220

November 22, 2019

Dear Judge Burroughs,

My name is Justin Paperny. I am writing this character reference letter on behalf of Alec Burlakoff.

Quickly, for some background, I am the founder of the Straight A Guide Foundation (SAGF). The SAGF creates programs to teach and inspire people who are going through all phases of the criminal justice system. We strive to help those people overcome the ancillary consequences of a criminal conviction.

More than 100,000 people go through our programs every year. Most of these people are serving time in state or local prisons. Our programs include a comprehensive curriculum that teaches a best-practices way to prepare for success during and after prison.

Alec approached me in April 2018 to learn more about the SAGF. He was clear from our first call that he was under investigation for bad choices he made while working as an executive at Insys Pharmaceutical Company. While he could not get into all of the details, he made clear he was in this predicament because of his shortsighted and bad choices. He repeated again and again that he alone was to blame and that there was nothing he could say to justify or excuse his actions.

From my first call with Alec, I appreciated his willingness to accept responsibility. Rather than blame others, he owned the reality that significant consequences would follow his poor choices. On that call he wondered if reconciliation with his victims, family and community could ever be possible, and if it were possible, what would it look like.

I did not have all the answers on that first call. What I did have was a federal defendant seeking help yet also searching for a way to help others. For that reason, I invited Alec to join forces with SAGF. His honesty and authenticity, I knew, would be of great value to more people going through struggle. In my experience, one cannot overcome bad past decisions without owning them.

I invited Alec to go through our extensive curriculum. Through that curriculum, we encourage participants to introspect, identify goals and values, and then to create a methodical, step-by-step pathway that will prepare them for success. Our Straight A Guide course ensures participants actually follow through and work—rather than just talk about change. We measure their work, their writing and progress. That way we are able to hold participants, like Alec, accountable.

Alec went all in with our Straight A Guide program. He wrote voluminous responses to open ended questions about how he got into the situation he is in. Again, Alec never blamed anyone but himself for his troubles and clearly committed to understanding the motivations behind his

1

decisions and the decisions themselves. Alec strikes me as incredibly genuine when he acknowledges he had some opportunities in life others may not have had. His course work, which total tens of thousands of words, proves he is determined to make things right.

Besides using the course work to map out a new plan for his life, Alec has taken real steps to prepare for a new career. For example, he took the time to study and write a course that would help people in struggle learn a new trade through a sales career. It can be incredibly difficult to find work coming home from prison. Learning essential interview and sales skills can help someone with a criminal past succeed upon release. His course will help guide anyone looking to succeed after prison.

Although I did not know Alec before April 2018, I have proudly worked closely with him since. I have seen his commitment to making amends. I have also seen the commitment he has made to prove worthy of the love of his wife and two children. From my experience, his acceptance of responsibility and willingness to prepare for his future, while blaming no one, proves he is a man of integrity.

I hope that you will take my thoughts into consideration as you determine over the appropriate sanction for Alec.

Thank you,

Justin Paperny

2

**Nerilda Roque**

August 21, 2018

Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Nerilda Roque and I have known Alec Burlakoff
since 2002. I first met him when he became a partner at Johnson
& Johnson and was added to my sales team. Since then, we have
worked together and become personal friends. I am very sorry
that Alec's bad choices have gotten him in to such terrible
trouble. I know he has a good heart despite his current troubles.

From the first day I met him, I noticed Alec's great charisma and
ability to engage people in conversation. Alec's vitality and
warmth light up a room. We worked together for several years
and he always treated me with kindness and respect. We shared
goals at work and would strategize together to achieve them.

Alec connects with other people effortlessly. At work, that gift
helped him succeed. Outside of work, he will be anyone's helper
and champion. I have fond memories of our families spending
social time together like we did eating pizza in Lake Worth. I
noticed the loving family dynamic between Alec, his wife, and
their daughters. A night out with Alec and his family was fun,
warm, and full of life.

In 2005, I was working at Cephalon and recommended Alec to
join the company. I appreciated the way he quickly became a
good team member. Alec wanted everyone to succeed. He
shared his knowledge and help make introductions for people
who might need a boost. If there was a way he could help, he

would. Many sales professionals put personal triumph above the team. Alec was the opposite. He was loyal, generous, and happiest when everyone won together.

When his brother Ian died violently, Alec called me while I was on vacation in the Dominican Republic. My heart broke for him and his entire family. It was such a traumatic shock. Somedays I still can't believe how terrible that moment was for Alec and his parents. I remember how he stepped up to look after his mom and dad. They were all devastated by Ian's death and the fact that Ian's children were whisked away into the care of their mothers' families. I cannot imagine the sudden flood of pain they must have felt.

My heart feels heavy when I think of everything Alec is going through. I know he made serious mistakes and will face consequences for his actions. I am grateful for my clear memories of Alec at his loving, exuberant best. He is still my friend and will have my support no matter what happens next. I believe in his strong spirit and ability to adapt. I have faith that he will turn his pain into wisdom he can share with others.

Sincerely,

Nerilda Roque

Scott Gottlieb

██████████████

July 18, 2018

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

My name is Scott Gottlieb and I have known Alec Burlakoff
since 1987. We are both from Long Island and, coincidentally,
our families moved down to Coral Springs, Florida, in the same
year. We first met in the same junior high computer science class
and have been like brothers ever since. It breaks my heart to see
my dear friend in such terrible trouble with the criminal justice
system. I am grateful for this chance to write about the good
man I have known for over 30 years.

Soon after Alec and I became best friends, my father died. Alec
was the first person I called and I can still remember how
compassionate he was to me and to my entire family. My older
sister, Lisa, has a severe mental disability and struggled terribly
with the traumatic news of our father's death. Alec sat with Lisa
for hours and hours engaging with her as she processed her
feelings. She was confused and upset. Alec was an enormous
comfort to her.

To this day, he and my family are close. I never married and am
totally responsible for my sister and my aging mother. Should
anything happen to me, Alec has agreed to take on legal
guardianship of my sister and look after my mother. He is the
only person who I would trust to give my disabled sister the kind
of loving care that I would.  I trust him completely with my
closest family and most sacred duty.

After my father passed, Alec took me up to Camp Delaware. He
took me under his wing and connected me with his close circle

of friends there. He took such good care of me during my most difficult times back then and ever since. We became fixtures in each other's homes. We have a relationship like brothers. Anytime I need help, I call him. One time my mother thought I needed help and she called him. He is the most caring, reliable friend that any person could ever hope for.

As a father, Alec is dedicated and loving. His children are his life. He is devoted to his daughters and they adore him. Alec has always had a special way with young people. At Pine Crest School, he bonded with the most troubled kids and made such a difference for them. Being a coach and a counselor for young people was a natural fit.

I think he was drawn to help troubled kids in response to seeing his brother, Ian, suffer emotionally. Ian was plagued with many behavior health problems and I know that impacted Alec. Throughout our friendship, I could see Alec be the opposite of Ian. Alec was careful and mindful of his parents' stress. Alec developed extraordinary care and compassion for other people.

I am devastated that Alec's business life got so out of hand. I can imagine him getting carried away and I am so sorry that violated the law. Also, I've seen his despair over how he disappointed so many people. This legal process has changed his life forever. He is aware of the harm he has done and is prepared to face the consequences. With confidence, I say that there is not a malicious bone in his body. Whatever happens, I will love and support him as he has done for me and my family for decades.

Sincerely,

Scott Gottlieb

December 17, 2019

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300

Dear Judge Burroughs,

My name is ████████████, I am Alec's oldest niece. I am also, Ian's firstborn daughter. What many do not know, and have never asked me about is the way my father's death affected my life. With his passing, I was forced to go live with my birth mother who I had no relationship with. This time was extremely hard for me as I had to pack up everything and move to a place called ████████████ a place I never heard about with people I never knew. The one thing I had during this whole time was my Uncle. My Uncle came up to visit me a lot, during this time he took me out to lunch, he took me to universal, and we got to do a lot of different things. During that time I did not think of the impact it had on my life. It was the only thing that felt familiar in my now turned upside-down world.

As time went on, I did not see my uncle as much. I questioned why, but no one could give me a real answer. Little did I know it was because of the legal trouble he was going through. As I got older and started to mature, I was able to understand the depth of what was going on. I remember being fourteen years old and telling my Uncle, he was going to walk me down the aisle. When graduation approached I begged my uncle to come. He simply could not. Looking in the audience and not seeing his face was honestly heartbreaking. He is the closet thing I have to my dad. When it was time for college move-in day, I wanted nothing more than my dad to be there and I again, asked my uncle, but he was unable to.

I have lived a very hard life and I have gone through things no kid should go through. I do not want my cousins to ever experience what I did. The lack of a father. I considered my dad my best friend, and I do know ██████ (Alec's daughter) also considers her dad her best friend. She has something I can never get back. She has the ability to laugh with her dad, to cry with her dad, to feel him hold her in her arms. I will never get to experience those things anymore. Do not take that away from my Uncle's kids.

I understand my Uncle did some very bad things. Everyone in this world does bad things, some just do not get caught. My Uncle has never ever done anything bad in his life up until this moment. I do believe the lack of my father has driven him to not use his best judgment in situations. It has affected all of us. My uncle is very aware of the trouble he has gotten himself into, and he is beyond apologetic. My Uncle has been my number one supporter since my father's passing. He was able to step in as a father figure to me, and not many people are fortunate to have that. I beg that you take all this into consideration and see my Uncle through my eyes. Please, do not make it so I have no one to walk me down the aisle, please do not take away from my cousins what I have been living without.

Sincerely,

████████████

September 12, 2019
Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

Dear Judge Burroughs,

I am writing this letter in hope that you can make my dad's time in jail small or nun at all. He knows that what he did was wrong and he is truly sorry. All he wants is to know that everything will be okay and that he can be with his family. I really don't know what I would do if he went to jail and there are so many reasons why. One thing is that when things are crazy in the house, my dad is the person is the person I can go to and he will make me feel better. Also I go to sleepaway camp just like my dad when he was younger. I love my camp so much and he is the only one who understands. Sometimes I miss camp a lot and talking to him about it is the only thing that makes me feel better. My mom didn't go to sleepaway camp and camp isn't really my sister's type of thing, she isn't really into that stuff. Another thing is that is that my dad is so fun to hangout with in general; he always makes me laugh. One of my favorite things to do with him is practice basketball. My dad is very good at basketball. In fact, he used to be a basketball coach. Now he coaches me, it is such a great way to spend time with him! As you can see, my dad has a huge impact on my life. I don't know what I would do if I couldn't have times like these anymore. Please take this into consideration during the sentencing.

