UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL L. BABICH, et al.,<br><br>Defendants. | Criminal No.:  16-CR-10343-ADB |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO THE GOVERNMENT'S MOTION FOR RESTITUTION**

Defendants respectfully request that the Court extend their deadline to respond to the government's Motion for Restitution by one week, to January 3, 2020.  This request is made by all seven defendants in the above-captioned case and is assented to by the government.

On December 6, 2019, the government made a production to Defendants consisting of 1,659 pages of documents related to restitution.  One week later, December 13, the government filed its motion seeking joint-and-several restitution from defendants in a total amount of $306 million.  Defendants recognize that restitution is mandatory in this case, but they dispute the amounts submitted by the government and will be challenging them.  Given that defendants need to carefully analyze the government's position on restitution and the supporting documents produced by the government, and given the holiday season, defendants respectfully request a one-week extension to respond to the government's position on restitution.

The Court has already ordered *sua sponte* that "Any defendant wishing to argue a specific alternative loss calculation should submit the methodology and/or the amount by January 3, 2020."  Dkt. No. 1088.  The proposed extension for responding to the government's position on restitution coincides with the deadline provided by the Court.

Dated: December 27, 2019                                 Respectfully submitted,

/s/ J. Sedwick Sollers III                               /s/ Peter C. Horstmann
J. Sedwick Sollers III (admitted *pro hac vice*)         Peter C. Horstmann (BBO# 556377)
Mark A. Jensen (admitted *pro hac vice*)                 pete@horstmannlaw.com
Daniel C. Sale (admitted *pro hac vice*)                 Law Offices of Peter Charles Horstmann
Lucas M. Fields (admitted *pro hac vice*)                450 Lexington Street, Suite 101
King & Spalding LLP                                      Newton, MA 02466
1700 Pennsylvania Avenue NW                              Telephone: (617) 723-1980
Suite 200                                                *Attorney for Sunrise Lee*
Washington, DC 20006
Phone: (202) 626-5612                                    /s/ Michael Kendall
E-mail: WSollers@kslaw.com                               Michael Kendall (BBO# 544866)
                                                         michael.kendall@whitecase.com
William H. Kettlewell (BBO No. 270320)                   Alexandra Gliga (BBO# 694959)
Hogan Lovells                                            alexandra.gliga@whitecase.com
100 High St., 20th Floor                                 White & Case LLP
Boston, MA 02110                                         75 State Street
Telephone: (617) 371-1005                                Boston, MA 02109
Email: bill.kettlewell@hoganlovells.com                  Telephone: (617) 939-9310
*Attorneys for Michael L. Babich*                        *Attorneys for Joseph Rowan*

/s/ Peter Gelhaar                                        /s/ William Fick
George W. Vien (BBO# 547741)                             William W. Fick, Esq. (BBO # 650562)
gwv@dcglaw.com                                           wfick@fickmarx.com
Peter E. Gelhaar (BBO# 188310)                           Daniel N. Marx, Esq. (BBO # 674523)
peg@dcglaw.com                                           dmars@fickmarx.com
Joshua N. Ruby (BBO #679113)                             Fick and Marx, LLP
Donnelly, Conroy & Gelhaar, LLP                          24 Federal Street, 4th Floor
260 Frankline Street, Suite 1600                         Boston, MA 02110
Boston, MA 02110                                         Telephone: (857) 321-8360
Telephone: (617) 720-2880                                *Attorneys for Richard Simon*
*Attorneys for Alec Burlakoff*
                                                         /s/ Kosta S. Stojilkovic
/s/ Tracy A. Miner                                       Beth A. Wilkinson (*admitted pro hac vice*)
Tracy A. Miner (BBO# 547137)                             bwilkinson@wilkinsonwalsh.com
tminer@mosllp.com                                        Kosta S. Stojilkovic (admitted *pro hac vice*)
Megan Siddall (BBO# 568979)                              kstojilkovic@wilkinsonwalsh.com
msiddall@mosllp.com                                      Andrew W. Croner (admitted *pro hac vice*)
Miner Orkand Siddall LLP                                 acroner@wilkinsonwalsh.com
470 Atlantic Ave, 4th Floor                              Wilkinson Walsh + Eskovitz LLP
Boston, MA 02210                                         2001 M Street NW
Telephone: (617) 273-8421                                Washington, D.C. 20036
*Attorneys for Michael Gurry*                            Telephone: (202) 847-4000

2

Brien T. O'Connor (BBO# 546767)
brien.o'connor@ropesgray.com
Aaron M. Katz (BBO# 662457)
aaron.katz@ropesgray.com
Ropes & Gray LLP
Prudential Tower 800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
*Attorneys for Dr. John Kapoor*

## **LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the moving defendants and the government have conferred and that counsel for the government has indicated their assent to this motion.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be served on all counsel of record through the ECF system.

/s/ Kosta S. Stojilkovic
Kosta S. Stojilkovic
Counsel for Dr. John Kapoor