UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALEC BURLAKOFF,

      Defendant.

Cr. No. 16-10343-ADB

## DEFENDANT ALEC BURLAKOFF'S ASSENTED-TO MOTION TO WAIVE APPEARANCE AT RESTITUTION HEARING

Defendant Alec Burlakoff respectfully requests that this Court waive his appearance at the restitution hearing scheduled for February 4, 2020.

In support of this motion, Mr. Burlakoff states that he lives with his family in Florida and requests that he be excused from attending the upcoming hearing so as to avoid the expense and time associated with appearing at the upcoming hearing. If the Court waives Mr. Burlakoff's appearance, undersigned counsel will represent him at the hearing.

The government assents to this motion.

ALEC BURLAKOFF

By his attorneys,

/s/ *Joshua N. Ruby*
George W. Vien (BBO# 547741)
gwv@dcglaw.com
Peter E. Gelhaar (BBO# 188310)
peg@dcglaw.com
Joshua N. Ruby (BBO# 679113)
jnr@dcglaw.com
Donnelly, Conroy & Gelhaar, LLP
260 Franklin Street, Suite 1600
Boston, MA 02110
Telephone: (617) 720-2880

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2020, I caused the foregoing motion to be electronically filed via the Court's CM/ECF system, which system will effectuate service on all counsel of record who are properly registered with the CM/ECF system.


/s/ *Joshua N. Ruby*
Joshua N. Ruby