

# Memorandum

To: The Honorable Allison D. Burroughs
U.S. District Judge

From: Iris Golus
Supervisory U.S. Probation Officer

Date: May 18, 2023

Re: **Alec Burlakoff, Docket #: 16CR10343-002-ADB**
**Request to Terminate Supervision with Outstanding Financial Obligation**

---

On January 23, 2020, Mr. Burlakoff appeared before Your Honor for sentencing after previously pleading guilty to Racketeering Conspiracy, in violation of 18 U.S.C.§ 1962(d). He was sentenced to 26 months of imprisonment, followed by 3 years of supervised release, restitution in the amount of $59,755,362.45, and a special assessment of $100. Mr. Burlakoff commenced his term of supervised release on January 13, 2022. On October 7, 2022, the defendant was granted a reduction of sentence pursuant to Rule 35. The defendant's supervised release term was reduced by 18 months and his new termination date is July 12, 2023.

Mr. Burlakoff has been employed throughout his term of supervised release. He currently resides in Florida. Mr. Burlakoff has made consistent monthly payments towards his financial obligation and the balance owed is $28,880,350.64

The U.S. Probation Office respectfully advises that Mr. Burlakoff's term of supervised release is scheduled to expire on July 12, 2023. Unless Your Honor has any objection to the recommendation for scheduled termination, the U.S. Probation Office will terminate his term of supervision as scheduled and notify the Asset Recovery Unit of the expiration so they may proceed to continue to collect restitution as they so deem appropriate.

If Your Honor concurs with this recommendation, please advise by signing below.

__X__  Termination with outstanding balance is approved.

_____  Other: _____
_____
_____

_____                    ___5/19/23_____
The Honorable Allison D. Burroughs                            Date
U.S. District Judge